UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BETTY J. HALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) CAUSE NO. 1:05-cv-983-SEB-VSS |
| | ) |
| JO ANNE B. BARNHART, | ) |
| COMMISSIONER OF SOCIAL | ) |
| SECURITY, | ) |
| | ) |
| Defendant. | |

## ORDER

This cause is before the Court on the parties' Stipulation for Remand. The Court, being duly advised, accepts the parties' Stipulation. Accordingly, pursuant to the fourth sentence of 42 U.S.C. § 405(g), the Commissioner's final decision is reversed and this matter remanded to the Commissioner for further consideration of Plaintiff's claim for Disability Insurance Benefits under Title II of the Social Security Act.

2/10/2006

_Sarah Evans Barker_

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Thomas E. Kieper
Assistant United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN  46204

Joseph W. Shull
220 Lake Avenue
Suite 140
Fort Wayne, IN 46805