UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BETTY J. HALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) CAUSE NO. 1:05-CV-983-SEB-VSS |
| | ) |
| JO ANNE B. BARNHART, | ) |
| COMMISSIONER OF SOCIAL | ) |
| SECURITY, | ) |
| | ) |
| Defendant. | |

## JUDGMENT

Pursuant to the fourth sentence of 42 U.S.C. § 405(g), the Commissioner's decision is REVERSED and this matter REMANDED to the Commissioner for further administrative proceedings, pursuant to the parties' stipulation.

02/10/2006

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Thomas E. Kieper
Assistant United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN  46204

Joseph W. Shull
220 Lake Avenue
Suite 140
Fort Wayne, IN 46805